# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1041
Lower Tribunal No. 2024-CA-000527-OC

_____

CALVIN JOHNSON,

Appellant,

v.

STATE OF FLORIDA and RICKY D. DIXON, Secretary, Florida Department of Corrections,

Appellees.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Osceola County.
Tom Young, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and PRATT, JJ., concur.


Calvin Johnson, Carrabelle, pro se.

No Appearance for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED